UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL PETTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-cv-00538-MPB-MKK |
| ) | |
| AMERICAN SENIOR COMMUNITIES, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of American Senior Communities and against Michael Petty.

**SO ORDERED**.

Date: May 31, 2023

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.