# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 17, 2023

*By the Court*:

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No. 23-2319 | MICHAEL PETTY,<br>       Plaintiff - Appellant<br><br>v.<br><br>AMERICAN SENIOR COMMUNITIES,<br>       Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-00538-MPB-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Matthew P. Brookman ||

Pursuant to Circuit Rule 3(c), a Docketing Statement must be filed within seven (7) days of the filing of the notice of appeal. The appellant failed to do so. The court issued a show cause order directing that the appellant file a Docketing Statement within fourteen (14) days of the date of the order or face a fine and/or dismissal of the appeal. To date, the appellant has not filed the required Docketing Statement.

**IT IS ORDERED** that this cause is **DISMISSED** for failure to comply with Circuit Rule 3(c).

form name: **c7_FinalOrderWMandate**   (form ID: **137**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 17, 2023

To:  Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 23-2319 | MICHAEL PETTY,<br>    Plaintiff - Appellant<br><br>v.<br><br>AMERICAN SENIOR COMMUNITIES,<br>    Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-00538-MPB-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Matthew P. Brookman | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                          Circuit Rule 3(c)

STATUS OF THE RECORD:                                   no record to be returned

form name: **c7_Mandate**   (form ID: **135**)